UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Katie Kuciver, individually and on behalf of all others similarly situated, | 1:21-cv-05668 |
| Plaintiff, | Hon. Franklin U. Valderrama |
| - against - | |
| Fermented Sciences, Inc., | |
| Defendant | |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Katie Kuciver and Defendant Fermented Sciences, Inc., through their undersigned counsel, hereby stipulate and agree that: (1) Plaintiff Katie Kuciver's individual claims in this Action are hereby dismissed with prejudice; and (2) any putative class claims in the Action are hereby dismissed without prejudice. Each side shall bear its own attorneys' fees and costs.

Dated: June 7, 2023

| **SHEEHAN & ASSOCIATES, P.C.** | **AMIN TALATI WASSERMAN, LLP** |
|---|---|
| /s/ *Spencer Sheehan* | /s/ *William P. Cole* (with consent) |
| Spencer Sheehan | William P. Cole |
| 60 Cuttermill Rd Ste 409 | Matthew R. Orr |
| Great Neck NY 11021 | 515 S Flower St 18th Fl |
| Tel: (516) 268-7080 | Los Angeles CA 90071 |
| spencer@spencersheehan.com | Tel: (213) 933-2330 |
| | william@amintalati.com |
| | matt@amintalati.com |
| *Attorneys for Plaintiff* | Sanjay S. Kamik |
| | 100 S Wacker Dr Ste 2000 |
| | Chicago, IL 60606 |
| | Tel: (312) 327-3328 |
| | sanjay@amintalati.com |
| | *Attorneys for Defendant* |